FILED
2006 Dec-07 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| PHILLIP JASON SOCKWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:06-CV-1360-LSC-TMP |
| ) | |
| COLBERT COUNTY JAIL, et al, ) | |
| ) | |
| Defendants. ) | |

ORDER

The magistrate judge filed a report and recommendation on October 27, 2006, recommending that the Colbert County Jail, the Colbert County Commission, and the Colbert County Employees (Nurses) (Doctors) be dismissed as defendants in this action.  It was further recommended that plaintiff's claim of inadequate medical care against Chief Deputy Mike Aday be referred to the magistrate judge for further proceedings.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED.  It is therefore ORDERED, ADJUDGED, and DECREED that all defendants except Chief Deputy Mike Aday and all of plaintiff's claims in this action except his claim that he was denied adequate medical care against Chief Deputy Mike Aday are DISMISSED pursuant to 28 U.S.C. § 1915A(b).  It is

further ORDERED that the denial of adequate medical care claim is REFERRED to the magistrate judge for further proceedings.

Done this 7th day of December 2006.

　　　　　　　　　　　　　　　　　　　　　　／s／ L. Scott Coogler
　　　　　　　　　　　　　　　　　　　　　　L. SCOTT COOGLER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　124153